IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ELIJAH CRAWFORD, | § | |
| | § | No. 129, 2026 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1607008779 (N) |
| STATE OF DELAWARE | § | |
| | § | |
| Appellee. | § | |

Submitted: May 27, 2026
Decided: July 13, 2026

### ORDER

On May 7, 2026, the Chief Deputy Clerk issued a notice by certified mail directing the appellant to show cause why this appeal should not be dismissed for his failure to pay the filing fee or file a motion to proceed *in forma pauperis*. Postal records show that the notice to show cause was delivered by May 14, 2026. A timely response to the notice to show cause was due by May 27, 2026. To date, the appellant has not paid the filing fee or filed a motion to proceed *in forma pauperis*. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, that this appeal is dismissed under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice